**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-7388**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

BARRY JAMEL ALEXANDER, a/k/a Manny,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:19-cr-00005-RBS-LRL-1)

---

Submitted:  July 10, 2023                          Decided:  July 14, 2023

---

Before KING and WYNN, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Barry Jamel Alexander, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barry Jamel Alexander appeals the district court's order denying his motion for a sentence reduction.  We have reviewed the record and find no reversible error.  Alexander is ineligible for a sentence reduction under § 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222.  Accordingly, we affirm.  *United States v. Alexander*, No. 2:19-cr-00005-RBS-LRL-1 (E.D. Va. Nov. 2, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*